UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ERNESTO JUAREZ SANCHEZ,<br><br>    Petitioner,<br><br>v.<br><br>MARCELLO VILLEGAS, Warden,<br>Bluebonnet Detention Center,<br><br>    Respondent. | No. 1:25-CV-291-H |

### ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's petition for a writ of habeas corpus. Dkt. No. 1. The Court finds good cause to give the respondent 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondent is ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than January 20, 2026.[1] The respondent must file with the answer all records relevant to the resolution of the petitioner's habeas petition. The petitioner may file a reply to the respondent's answer by no later than February 3, 2026. The Court will determine whether a hearing is necessary after it reviews the respondent's answer and petitioner's reply.

In addition, the respondent is ordered to file, by no later than 9:00 a.m. CT on January 2, 2026, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition (Dkt. No. 1). The respondent's notice should also address what notice, if any, the respondent will give the

---

[1] Normally, the 20-day deadline would fall on January 19, 2026. But because January 19 is a legal holiday, the deadline is extended to January 20. *See* Fed. R. Civ. P. 6(a)(1)(C).

– 2 –

petitioner's counsel and the Court prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as the petition (Dkt. No. 1), shall be made by the petitioner on the United States Attorney for the Northern District of Texas, Ryan Raybould, by 12:00 p.m. CT on December 31, 2025, which shall constitute good and sufficient service on the respondent.

So ordered on December 30, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE